Civil Action No. 8:25-cv-01627-DLB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NMFS, Soler, Attorney General, U.S. Attorney

was received by me on *(date)* 05/21/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On May 21, 2025, I mailed the Summons and Complaint by certified mail, return receipt requested. Attached are the certified mail receipts and USPS electronic proofs of service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/02/2025

*Server's signature* (signed: Mary O'Hara)

Mary O'Hara, Litigation Paralegal
*Printed name and title*

810 Third Ave., Suite 610
Seattle, WA 98104
*Server's address*

Additional information regarding attempted service, etc:











May 24, 2025

Dear Mary OHara:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 0410 0003 2269 3588.**   NMFS

## Item Details

**Status:** Delivered, Left with Individual
**Status Date / Time:** May 24, 2025, 4:49 pm
**Location:** SILVER SPRING, MD 20910
**Postal Product:** First-Class Mail®
**Extra Services:** Certified Mail™
Return Receipt Electronic

## Shipment Details

**Weight:** 4.0oz

## Recipient Signature

**Signature of Recipient:** Noua Moran

**Address of Recipient:** 315

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


UNITED STATES POSTAL SERVICE

May 24, 2025

Dear Mary OHara:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7022 0410 0003 2269 3618**.   Eugenio Pineiro Soler

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | May 24, 2025, 4:49 pm |
| **Location:** | SILVER SPRING, MD 20910 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Noua Moran* |
| Address of Recipient: | 315 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



June 2, 2025

Dear Mary OHara:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 0410 0003 2269 3595**.    Attorney General

## Item Details

**Status:** Delivered, Individual Picked Up at Postal Facility
**Status Date / Time:** June 2, 2025, 4:49 am
**Location:** WASHINGTON, DC 20530
**Postal Product:** First-Class Mail®
**Extra Services:** Certified Mail™
Return Receipt Electronic

## Shipment Details

**Weight:** 4.0oz

## Recipient Signature

Signature of Recipient: [signature]
Printed Name: [illegible]
Address of Recipient: Justice 20530

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

May 27, 2025

Dear Mary OHara:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 0410 0003 2269 3601.**   U.S. Attorney

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | May 27, 2025, 12:55 pm |
| **Location:** | BALTIMORE, MD 21201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Recipient Signature

Signature of Recipient: *[signature: Kameron Ellison]*

Address of Recipient: *[handwritten: 36 S Charles St]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004