# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SIERRA CLUB, *et al.*, <br><br>        Plaintiffs, <br><br> vs. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br>        Defendants. <br><br> AMERICAN PETROLEUM INSTITUTE, *et al.*, <br><br>        Intervenor-Defendants. | No. 8:25-cv-01627-DLB |

## INTERVENOR-DEFENDANTS' MOTION TO TRANSFER VENUE

The American Petroleum Institute ("API"), EnerGeo Alliance ("EnterGeo"), National Ocean Industries Association ("NOIA"), and Chevron U.S.A. Inc. ("Chevron") (collectively, the "Intervenor-Defendants") respectfully move this Court for an order transferring the above-captioned action to the United States District Court for the Western District of Louisiana, pursuant to 28 U.S.C. § 1404(a), in the interest of justice and on the grounds set forth in the accompanying memorandum of law.

We have contacted Plaintiffs' and Defendants' counsel to determine whether they would oppose this motion. Plaintiffs stated that they would oppose; Defendants stated that they reserve their position on the motion until they have a chance to review the filing.

Respectfully submitted,

| | |
|---|---|
| Nathan C. Brunette, Bar No. 0612120104<br>Stoel Rives LLP<br>Portland, OR 97205<br>(503) 294-9678<br>nathan.brunette@stoel.com<br><br>Ryan P. Steen (*pro hac vice*)<br>Jason T. Morgan (*pro hac vice*)<br>Tiffany Wang (*pro hac vice*)<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>(206) 624-0900<br>ryan.steen@stoel.com<br>jason.morgan@stoel.com<br>tiffany.wang@stoel.com<br><br>*Counsel for American Petroleum Institute, EnerGeo Alliance, and National Ocean Industries Association*<br><br>Dated: August 28, 2025 | /s/ Dana A. Raphael<br>Sean Marotta (*pro hac vice*)<br>Dana A. Raphael (D. Md. Bar No. 30434)<br>Hogan Lovells US LLP<br>555 Thirteenth Street N.W.<br>Washington, D.C. 20004<br>(202) 637-5600<br>dana.raphael@hoganlovells.com<br>sean.marotta@hoganlovells.com<br><br>Sarah C. Bordelon (*pro hac vice* pending)<br>Holland & Hart LLP<br>5470 Kietzke Lane, Suite 100<br>Reno, NV  89511<br>(775) 327-3000<br>scbordelon@hollandhart.com<br><br>*Counsel for Chevron U.S.A. Inc.* |