**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

SIERRA CLUB et al.,

                                    *Plaintiffs,*

    v.

NATIONAL MARINE FISHERIES SERVICE et al.,

                           *Federal Defendants,*

CHEVRON U.S.A. INC.

                        *Intervenor-Defendant,*

       and

AMERICAN PETROLEUM INSTITUTE et al.,

                     *Intervenor-Defendants.*

No. 8:25-cv-01627-DLB

**BRIEFING SCHEDULE**

    The following revised schedule shall govern further briefing deadlines:

1

| | |
|---|---|
| December 5, 2025 | Federal Defendants lodge the Administrative Record |
| January 16, 2025 | Federal Defendants' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment[1] |
| January 16, 2026 | Plaintiffs' and Federal Defendants' separate responses to Intervenor-Defendants' Motion to Complete Administrative Record |
| January 23, 2025 | Intervenors' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment |
| January 30, 2026 | Intervenor-Defendants' Reply in Support of Motion to Complete Administrative Record |
| February 27, 2026 | Plaintiffs' Combined Opposition to Federal Defendants' and Intervenors' Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment |
| March 27, 2026 | Federal Defendants' Reply in Support of their Cross-Motion for Summary Judgment |
| April 3, 2026 | Intervenors' Reply in Support of their Cross-Motion for Summary Judgment |

All other aspects of the Court's case management order, ECF 51, remain in effect.

Signed this 18th day of November, 2025.

_____

Deborah L. Boardman
United States District Judge

---

[1] Plaintiffs filed their motion for summary judgment and memorandum in support on October 3, 2025. *See* ECF No. 63.