**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SIERRA CLUB et al., | |
| *Plaintiffs,* | No. 8:25-cv-01627-DLB |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE et al., | **NOTICE OF LODGING ADMINISTRATIVE RECORD** |
| *Federal Defendants,* | |
| CHEVRON U.S.A. INC. | |
| *Intervenor-Defendant,* | |
| and | |
| AMERICAN PETROLEUM INSTITUTE et al., | |
| *Intervenor-Defendants.* | |

Federal Defendants, United States National Marine Fisheries Service ("NMFS") and Eugenio Pinero Soler in his official capacity as Assistant Administrator for the National Oceanic Atmospheric Administration, hereby notify the Court that they have lodged the administrative record with the Court via overnight delivery. Federal Defendants have submitted two copies of the administrative record on flash drives, each of which contain: (1) the administrative record; (2) the index to the administrative record; and (3) a declaration certifying the index and contents of the administrative record to the Clerk of the Court for lodging with this Court. Separate copies of the administrative record were likewise served on counsel for Plaintiffs and Defendant-Intervenors.

Dated: December 5, 2025

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief

1

MICHAEL R. EITEL, Acting Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

SARA M. WARREN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 307-1147
Fax: (202) 305-0275
Email: sara.warren@usdoj.gov

*Attorneys for Federal Defendants*

2