**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SIERRA CLUB,** *et al.*, | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civ. No. DLB-25-1627** |
| **NATIONAL MARINE FISHERIES SERVICE,** *et al.*, | * | |
| | * | |
| **Defendants.** | | |

**ORDER**

For the reasons stated in the memorandum opinion issued today, it is this 22nd day of December, 2025, in the United States District Court for the District of Maryland, hereby ORDERED that Chevron U.S.A. Inc., the American Petroleum Institute, EnerGeo Alliance, and the National Ocean Industries Association's motion to transfer this case to the U.S. District Court for the Western District of Louisiana, ECF 44, IS DENIED.

_____

Deborah L. Boardman
United States District Judge