ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE, Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
SARA M. WARREN, Trial Attorney (GA Bar No. 966948)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 305-5469 (Backer)
Tel: (202) 598-5785 (Warren)
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov
Email: sara.warren@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SIERRA CLUB et al., | |
| *Plaintiffs,* | No. 8:25-cv-01627-DLB |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE et al., | **FEDERAL DEFENDANTS' NOTICE AND SUGGESTION OF MOOTNESS** |
| *Federal Defendants,* | |
| CHEVRON U.S.A. INC. | |
| *Intervenor-Defendant,* | |
| and | |
| AMERICAN PETROLEUM INSTITUTE et al., | |
| *Intervenor-Defendants.* | |

1

Plaintiffs challenge the National Marine Fisheries Service's ("NMFS") 2025 programmatic biological opinion on oil and gas program activities in the Gulf of America ("2025 BiOp"). *See generally* ECF No. 1. The 2025 BiOp addresses the Bureau of Ocean Energy Management and Bureau of Safety and Environmental Enforcement's compliance with the Endangered Species Act's ("ESA") substantive mandates. *See Bennett v. Spear*, 520 U.S. 154, 169-70 (1997); *City of Tacoma, Washington v. FERC*, 460 F.3d 53, 75 (D.C. Cir. 2006).

The ESA, however, also includes mechanisms to exempt an agency action from the ESA's requirements. Congress delegated authority to issue these exemptions to an Endangered Species Committee, which can exempt any agency action from the ESA's requirements. 16 U.S.C. §§ 1536(e)-(n). On March 31, 2026, the Committee convened in person to address a recent finding issued by the Secretary of War under ESA subsection (j), 16 U.S.C. § 1536(j), that it is necessary for reasons of national security to exempt from the ESA's requirements all Gulf of America oil and gas exploration and development activities associated with the Department of the Interior Bureau of Ocean Energy Management and Bureau of Safety and Environmental Enforcement's Outer Continental Shelf Oil and Gas Program.[1] *See* Exhibit A (Order of Endangered Species Committee). Committee voted unanimously to exempt the agency action. *See id*. As a result, the ESA's Section 7 requirements no longer apply to the agency action reviewed in NMFS' 2025 BiOp.

Given the Committee's Order granting an exemption, Plaintiffs' challenge is now moot. *See New York State Rifle & Pistol Ass'n, Inc. v. City of New York, New York*, 590 U.S. 336, 337-39 (2020) (per curiam) (change in the applicable legal framework moots controversy); *Holloway v. City of Virginia Beach*, 42 F.4th 266, 273 (4th Cir. 2022) (same); *see also State of Alaska v. U.S.*

---

[1] The Committee's Order and other related documents can be found on the Department of Interior's website at https://www.doi.gov/endangered-species-committee. Last visited: March 31, 2026.

*Department of Agriculture*, 17 F.4th 1224, 1226 (D.C. Cir. 2021) (noting that finding cases "plainly moot" when agency orders are "superseded by a subsequent order" is so routine that such matters are usually handled in unpublished orders).

Federal Defendants intend to move the Court to dismiss Plaintiffs' complaint on mootness grounds. However, Federal Defendants propose to confer with Plaintiffs no later than April 14 on whether they intend to voluntarily dismiss this case as moot and, if not, to develop a proposed schedule for briefing Federal Defendants' anticipated motion to dismiss.

Dated: March 31, 2026                    Respectfully submitted,

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE,
Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

SARA M. WARREN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-5785
Fax: (202) 305-0275
Email: sara.warren@usdoj.gov

***Attorneys for Federal Defendants***

3