### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

SIERRA CLUB et al.,

                  *Plaintiffs,*

    v.

NATIONAL MARINE FISHERIES SERVICE et al.,

              *Federal Defendants,*

CHEVRON U.S.A. INC.,

             *Intervenor-Defendant,*

    and

AMERICAN PETROLEUM INSTITUTE et al.,

             *Intervenor-Defendants.*

No. 8:25-cv-01627-DLB

### STATUS REPORT

On March 31, 2026, Federal Defendants filed a notice of suggestion of mootness, notifying the Court and the parties that this action is moot based on the Endangered Species Committee's grant of an exemption from the Endangered Species Act's ("ESA") requirements for all Gulf of America oil and gas exploration and development activities associated with the Department of the Interior Bureau of Ocean Energy Management and Bureau of Safety and Environmental Enforcement's Outer Continental Shelf Oil and Gas Program. Dkt. No. 90. At the April 20, 2026 status conference (Dkt. No. 97), the Court inquired into the status of proceedings in the Western District of Louisiana, including why Federal Defendants did not similarly file a suggestion of mootness and whether the National Marine Fisheries Service ("NMFS") is revising the 2025 Biological Opinion consistent with the Western District of Louisiana's remand order.

1

The Court ordered Federal Defendants to provide a status report, no later than May 15, 2026. Dkt. No. 98 at 2.

Federal Defendants provide the following update. Because the Western District of Louisiana entered judgment and there were no active proceedings occurring in that case, Federal Defendants filed a Rule 60(b) motion to modify the Court's remand order after the Endangered Species Committee granted its exemption. *See* W.D. La. No. 2:25-cv-691, Dkt. No. 63 (motion for relief). Federal Defendants' position in the Western District of Louisiana litigation, reflected in the motion to modify the Court's remedy order, is that the Endangered Species Committee's exemption obviated any need to continue ESA consultations over covered oil and gas activities. Federal Defendants therefore sought an order relieving NMFS of the requirement to complete the remand to revise the 2025 Biological Opinion. *See id.* The motion was unopposed.

On April 29, 2026, the Western District of Louisiana granted Federal Defendants' Rule 60(b) motion, modifying its remedy so that NMFS is no longer required to complete a remand of the 2025 Biological Opinion. *See* W.D. La. No. 2:25-cv-691, Dkt. No. 64 (order). Therefore, Federal Defendants have been relieved of the obligation to complete a remand of the 2025 Biological Opinion, and NMFS is no longer working to complete or issue an amended or supplemental Biological Opinion.

Dated: May 8, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE,
Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief

*/s/ Sara M. Warren*
SARA M. WARREN, Trial Attorney

2

United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-5785
Fax: (202) 305-0275
Email: sara.warren@usdoj.gov

DAVIS A. BACKER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

**Attorneys for Federal Defendants**