**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SIERRA CLUB, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civ. No. DLB-25-1627 |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | * | |
| | * | |
| Defendants. | | |

**ORDER**

For the reasons stated on the record during today's hearing, it is this 24th day of June, 2026,

by the United States District Court for the District of Maryland, hereby ORDERED that:

1.  The motions to dismiss filed by the federal defendants and the intervenor defendants, ECF
    99 & 101, ARE GRANTED;

2.  The plaintiffs' amended complaint IS DISMISSED without prejudice for lack of subject-
    matter jurisdiction; and

3.  The Clerk SHALL CLOSE this case.

_____
Deborah L. Boardman
United States District Judge